FILED

DEC 0 1 2020

General Complaint

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Linda Darlene Skinner

Case Number: 6:20cv624 JCB/KNM

List the full name of each plaintiff in this action.

VS.

Allaso Ranch Camp and Retreat Center

Fellowship Church Grapevine, TX

Ed Young

List the full name of each defendant in this action.
Do not use "et al".

Kimberly Guthrie

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1. Employ Counsel
2. Court - Appointed Counsel
3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

Disability Rights of Texas, 1420 W. Mockingbird LN # 450
Dallas, TX 75247

C. Results of the conference with counsel:

_They were unable to accept my case due to limited resources at this time_

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?   ____Yes   _X_ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: _NA_

2. Parties to previous lawsuit(s):

Plaintiff _NA_

Defendant _NA_

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

_NA_

4. Docket number in other court. _NA_

5. Name of judge to whom the case was assigned.
_NA_

6. Disposition: Was the case dismissed, appealed or still pending?

_NA_

7. Approximate date of disposition. _NA_

III. Parties to this suit:

A. List the full name and address of each plaintiff:

Pla #1 Linda Darlene Skinner
1209 South Main St. # 1012
Lindale, TX 75771

Pla #2 _____

B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: Allaso Ranch Camp and Retreat Center
2302 Private Rd 7850
Hawkins, TX 75765

Dft #2: Fellowship Church
2450 N. Hwy 121
Grapevine, TX. 76051

Dft #3 Ed Young, Senior Pastor, Fellowship Church
2450 North Hwy 121
Grapevine, TX 76051

Attach a separate sheet for additional parties.

Kimberly Guthrie, Outdoor University Coordinator
care of Allaso Ranch
2302 Private Rd. 7850
Hawkins, TX. 75765

IV:     Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

On 9/23/19 I had an epileptic seizure on the way to work at Allaso Ranch Camp and Retreat Center. When I was able, at about 9:30 A.M I called my supervisor, Kimberly Guthrie and told her about the ep. seizure. I did not go to work that day, but returned on Tuesday, 9/24/20.

The next week, I believe it was on 10/1/20, Ms. Guthrie said she had received a complaint from a parent that I had spoken harshly to a co-worker and a student. She asked me if I thought that my Epilepsy was affecting my judgement or interaction with people. That type of questioning by an employer is in violation of Title VII, the ADA.

On 10/14/19 Ms. Guthrie called me at home and informed me that she "was not going to schedule me anymore, but it was not a firing." When I asked why, she replied that she didn't think I was the "right fit for the job."

IV: Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

This phone call took place on the Monday after the last camp session ended for a break from 10/12/19 to 11/3/19. The termination was completely unexpected since I had no warnings or disciplinary action invoked against me during my employment at Allaso Ranch. I had a good relationship with my co-workers. I believe that Ms. Guthrie fired me because of my Epilepsy and her perceptions on how it may affect my ability to do my job.
Allaso Ranch Camp and Retreat Center is owned and operated by Fellowship Church of Grapevine, Texas. Ed Young is the Senior Pastor of the church.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

I would like the court to order the defendants to pay me all salary I would have earned working for the scheduled camps for the remainder of the 2019-2020 school year. This would be based on an hourly rate of $10 for 20 hours a week. I know there were seven (7) weeks of camp before the Christmas break. I do not know how many weeks were scheduled for the next year. Also, I am requesting that defendants reimburse me for all court and legal fees that I might incur as a result of this suit.

Signed this __first__ day of __December__, 20 __20__.
(Month) (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __12/1/20__
Date

Linda Shinner

1209 S. Main St #1012

Lindale, TX  75771

Signature of each plaintiff

EEOC Form 161 (11/16)        **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Linda D. Skinner<br>1209 S. Main St #1012<br>Lindale, TX 75771 | From: | Dallas District Office<br>207 S. Houston St.<br>3rd Floor<br>Dallas, TX 75202 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | | Telephone No. |
|---|---|---|---|
| 450-2020-00964 | Esaid Olvera,<br>Investigator | esaid.olvera@eeoc.gov | (972) 918-3613 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

/s/ Belinda F. McCallister                September 2, 2020

| Enclosures(s) | Belinda F. McCallister,<br>District Director | (Date Mailed) |
|---|---|---|

cc: Laura Lang, Attorney
Brewer Lang Veach PC
920 S. Main Street, Suite 100
Grapevine, TX 76051
(Allaso Ranch Camp and Retreat Center)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>450-2020-00964 |
|---|---|---|

TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| MS. LINDA D SKINNER | (214) 934-2204 | |

Street Address — City, State and ZIP Code
1209 S. MAIN ST #1012, LINDALE, TX 75771

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| ALLASO RANCH | | (903) 769-7300 |

Street Address — City, State and ZIP Code
2302 PRIVATE RD 7850, HAWKINS, TX 75765

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address — City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-14-2019 Latest: 10-14-2019
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**PERSONAL HARM:** I had an episode regarding my disability on September 23, 2019, that did not allow me to return back to work. Shortly after a 3-week company break between camps, on October 14, 2019, I was told by Kimberly Gurthrie, Supervisor, that she was not putting me back on the schedule. Respondent knew of my disability as evidenced by Ms. Guthrie asking me was my disability affecting my job?

**RESPONDENTS REASON FOR ADVERSE ACTION:** I was not a good fit.

**DISCRIMINATION STATEMENT:** I believe that I was discriminated against based on disability, in violation of the Americans with Disabilities Act of 1990.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally signed by Linda Skinner on 01-16-2020 01:28 PM EST** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |